JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE, | Case No.:   5:15-CV-02030-JGB-KK |
| Plaintiff, | **STIPULATED JUDGMENT** |
| v. | |
| JORGE GUTIERREZ; MARTHA A. GUTIERREZ; NUCHANAD NOYPASRI; and Does 1-10, | |
| Defendants. | |

Pursuant to the Stipulation for Entry of Judgment by and between Plaintiff Samuel Love ("Plaintiff"), on the one hand, and the Defendants Jorge Gutierrez; Martha A. Gutierrez and Nuchanad Noypasri ("Defendants") on the other hand, this Court Orders:

1) Within 30 days of this judgment being signed, Defendants shall pay damages of $4,000 to Plaintiff exclusive of costs and reasonable attorneys' fees which shall be determined by the Court upon Noticed Motion.
2) Each Defendant shall bear his or her own fees and costs.

3) The Court maintains jurisdiction over this matter for the purposes of enforcing this Stipulated Judgment and determining the amount of recoverable costs and attorney's fees.

4) All future dates are hereby vacated.

**IT IS SO ADJUDGED AND ORDERED.**

Dated: March 11, 2016

HONORABLE JESUS G. BERNAL
United States District Court Judge